# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-60137

ADAM CLEGG,

United States Court of Appeals
Fifth Circuit

**FILED**

March 19, 2015

Plaintiff - Appellant

Lyle W. Cayce
Clerk

v.

MEDICAL PRACTICES SOLUTIONS, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:12-CV-805

Before HIGGINBOTHAM, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Having reviewed the record, the relevant law, and the parties' arguments on appeal, we AFFIRM the judgment of the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.